**Order entered September 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00066-CR

**JAMES BENNETT RUCKER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law
Rockwall County, Texas
Trial Court Cause No. CR10-1011**

## ORDER

The Court **GRANTS** the State's September 16, 2013 motion to extend time to file its

brief. We **ORDER** the State to file its brief by **OCTOBER 11, 2013**.


/s/     DAVID EVANS
         JUSTICE